1  DION N. COMINOS  (SBN:  136522)
   *dcominos@gordonrees.com*
2  AMY MACLEAR (SBN:  215638)
   *amaclear@gordonrees.com*
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA  94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
6
   Attorneys for Defendant
7  CLIENT SERVICES, INC.

8
                    UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
10

11
   STEVE ZENONE,
12                                    CASE NO. **5:09-cv-02097**-JW (PVT)
                       Plaintiff,
13                                    ORDER TERMINATING PENDING
      vs.                             MOTIONS FOR TELEPHONIC
14                                    APPEARANCE AND STIPULATION TO
   CLIENT SERVICES, INC.,             SELECT ADR PROCESS AS MOOT
15
                       Defendant.
16  _____/

17

18   On October 19, 2009 the parties notified the Court that they had reached a settlement
   agreement.  The Court vacated the November 9, 2009 case management conference and set
19  an Order to Show Cause on December 19, 2009 at 9:00 AM (see Docket Item No. 20).

20   The Court finds good cause to find to terminate the outstanding Motions to Appear by
21  Telephone (Docket Item Nos. 12 and 13) and the parties' stipulation to select an ADR
   process (Docket Item No. 15) as MOOT based upon the parties' settlement negotiations.
22

23  IT IS SO ORDERED.

24  Dated: November 6, 2009
                                      _____
25                                    United States District Judge

26

27

28

CG/1057746/7057689v.1
                                      -1-
REQUEST TO APPEAR TELEPHONICALLY AT CMC                    CASE NO. 5:09-cv-02097-PVT