Ryan Lee (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
STEVE ZENONE

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STEVE ZENONE, <br>     Plaintiff, <br> vs. <br> CLIENT SERVICES, INC. <br>     Defendant.. | Case No.: C09-02097 JW (PVT) <br> [PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**  The Clerk shall close this file.

Dated: November 24  2009

_____
The Honorable Judge
James Ware
United States District Judge

1